# UNITED STATES DISTRICT COURT
для the
District of Minnesota

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Chase Macauley Alexander<br><br>*Defendant* | ) ) ) ) ) ) ) | Case No. CR 18-251 DWF/KMM |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Chase Macauley Alexander                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

✓ Indictment         ☐ Superseding Indictment      ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

Count(s)1-2 - Receipt of Child Pornography, 18:2252(a)(2) and 2252(b)(1); Count 3 - Distribution of Child Pornography; 18:2252(a)(2) and 2252(b)(1); Count 4 - Possession of Child Pornography, 18:2252(a)(4)(B) and 2252(b)(2).

Date: 10/16/2018

*Issuing officer's signature*

City and state: Minneapolis, MN

Kim Krulas, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

_____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____  Weight: _____

Sex: _____  Race: _____

Hair: _____  Eyes: _____

Scars, tattoos, other distinguishing marks: _____

_____

History of violence, weapons, drug use: _____

_____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

_____

FBI number: _____

Complete description of auto: _____

_____

Investigative agency and address: _____

_____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

_____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____

_____