**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

# INITIAL APPEARANCE

| | |
|---|---|
| UNITED STATES OF AMERICA, | COURTROOM MINUTES - CRIMINAL |
| | BEFORE: Steven E. Rau |
| Plaintiff, | U.S. Magistrate Judge |
| v. | Case No: 18-cr-251 DWF/KMM |
| | Date: October 23, 2018 |
| Chase Macauley Alexander, | Courthouse: St. Paul |
| | Courtroom: 3C |
| Defendant, | Time Commenced: 2:14 p.m. |
| | Time Concluded: 2:21 p.m. |
| | Time in Court: 7 minutes |

APPEARANCES:

Plaintiff: Kimberly Svendsen, Assistant U.S. Attorney
Defendant: Doug Olson, Assistant Federal Public Defender
    ✖ FPD        ✖ To be appointed

Date Charges Filed: 10/16/2018        Offense: receipt of child pornography; distribution and possession of child pornography

✖ Advised of Rights

on    ✖ Indictment

✖ Government moves for detention.
Motion is ✖ granted, temporary detention ordered.

Next appearance date is October 25, 2018 at 10:00 a.m. before U.S. Magistrate Judge Tony N. Leung, CR 9W Mpls for:
    ✖ Detention hrg        ✖ Arraignment hrg

✖ Government moves to unseal the case.        ✖ Granted

Additional Information:

                                                            s/Janet Midtbo
                                                    Signature of Courtroom Deputy