# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  <br>   ) <br>Plaintiff,   ) <br>v.   ) <br>   ) <br>CHASE MACAULEY ALEXANDER,   ) <br>   ) <br>Defendant.   ) | Criminal No. 18-251 (DWF/KMM) <br><br>**NOTICE OF APPEARANCE** |

Pursuant to the Court's order appointing counsel, the undersigned attorney hereby notifies the Court and counsel that Shannon Elkins shall appear as appointed counsel of record for the above named defendant in this case.

Dated:   October 24, 2018        *s/ Shannon Elkins*
                                 SHANNON ELKINS
                                 Attorney ID No.   332161
                                 Attorney for Defendant
                                 Office of the Federal Defender
                                 107 U.S. Courthouse
                                 300 South Fourth Street
                                 Minneapolis, MN 55415