# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>Chase Macauley Alexander,<br>　　　　　　　　　Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE:　TONY N. LEUNG<br>U.S. Magistrate Judge<br><br>Case No:　　　　　　18-cr-251 DWF/KMM<br>Date:　　　　　　　October 25, 2018<br>Courthouse:　　　　Minneapolis<br>Courtroom:　　　　 9W<br>Time Commenced:　10:28 a.m.<br>Time Concluded:　　10:34 a.m.<br>Time in Court:　　　6 minutes |

APPEARANCES:

　Plaintiff: Katharine Buzicky, Assistant U.S. Attorney
　Defendant:  Shannon Elkins
　　✖

**Indictment Dated:**  October 16, 2018

　　✖ Reading of Indictment Waived　　　✖ Not Guilty Plea Entered

| | |
|---|---|
| Government Disclosures Due Date: | November 1, 2018 |
| Defendant's Disclosures Due Date: | November 8, 2018 |
| Motion Filing Date: | November 15, 2018 |
| Motion Response Date: | November 29, 2018 |
| Notice of Intent to call Witnesses: | November 29, 2018 |
| Responsive Notice Deadline: | December 4, 2018 |
| Motion Hearing Date: | December 10, 2018 at 9:30 a.m. before U.S. Magistrate Judge Katherine M. Menendez, CR 8E Mpls |
| Voir Dire/Jury Instruction Due Date: | December 21, 2018 |
| Status Conference Date: | NA |
| Trial Date: | December 31, 2018 at 9:00 a.m. before U.S. District Court Judge Donovan W. Frank, CR 7C STP |

Other Remarks:

　✖ Counsel to be notified of additional dates by separate Order to be issued.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　s/Janet Midtbo
　　　　　　　　　　　　　　　　　　　　　　　　　　　Signature of Courtroom Deputy