# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE:  Tony N. Leung |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v. ) | Case No:        18-cr-251 DWF/KMM |
| ) | Date:             October 25, 2018 |
| Chase Macauley Alexander, ) | Courthouse:   Minneapolis |
| Defendant. ) | Courtroom:    9W |
| ) | Time Commenced:   10:34 a.m. |
| | Time Concluded:     11:15 a.m. |
| | Time in Court:         41 minutes |

✖ **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff:   Katharine Buzicky, Assistant U.S. Attorney
  Defendant:  Shannon Elkins
                  ✖ FPD

On  ✖ Indictment

✖ Deft Ordered Detained - Govt to submit proposed order

Additional Information:

Defendant arraigned, see arraignment minutes and order.

Govt exhibits 1 & 2 received

Dean McKnight testified

                                                            s/Janet Midtbo
                                                  Signature of Criminal Duty Clerk