UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-251 (DWF/KMM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **GOVERNMENT'S NOTICE OF INTENT TO CALL WITNESSES AT PRETRIAL MOTIONS HEARING** |
| v. | |
| CHASE MACAULEY ALEXANDER, | |
| Defendant. | |

The United States of America, by and through its attorneys, Erica H. MacDonald, United States Attorney for the District of Minnesota, and Katharine T. Buzicky, Assistant United States Attorney, hereby submits its notice of intent to call witnesses at the motions hearing in the above-captioned matter currently scheduled for January 15, 2019.

| Number of Witnesses Intended to be Called: | 2 |
|---|---|
| Motion to be Addressed: | Motions to Suppress Evidence and Statements [Doc. No. 23 and 24] |
| Estimated Duration of Testimony: | 45 minutes |

Dated: December 20, 2018

Respectfully Submitted,

ERICA H. MacDONALD
United States Attorney

*s/Katharine T. Buzicky*

By: Katharine T. Buzicky
Assistant U.S. Attorney
Attorney ID No. 671031