| | OFFICE OF THE | |
|---|---|---|
| *KATHERIAN D. ROE<br>Federal Defender | **FEDERAL DEFENDER**<br>**District of Minnesota** | *DOUGLAS OLSON<br>JAMES BECKER<br>*SHANNON ELKINS |
| *REGGIE ALIGADA<br>First Assistant Defender | 107 U.S. Courthouse<br>300 South Fourth Street | LISA LOPEZ<br>KEALA EDE<br>Assistant Defenders |
| *MANNY ATWAL<br>Senior Litigator | Minneapolis, MN 55415<br>Phone: 612-664-5858<br>Fax: 612-664-5850 | ROB MEYERS<br>ERIC RIENSCHE<br>Research & Writing Attorneys |
| *MSBA Certified Criminal Law Specialist | | |

January 8, 2019

Honorable Kate M. Menendez
United States Magistrate Judge
8E U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: *United States v. Chase Macauley Alexander*
Criminal No. 18-251 (DWF/KMM)

Dear Magistrate Judge Menendez:

I am writing to inform the Court that Mr. Alexander is withdrawing his pretrial motions in the above referenced matter. The defendant and the Government anticipate a settlement and hereby request that the motion hearing currently scheduled for January 15, 2019 be cancelled. The parties have scheduled a change of plea hearing before the Honorable Donovan W. Frank.

Sincerely,

*s/Shannon Elkins*

SHANNON ELKINS
Assistant Federal Defender

cc: AUSA Katharine Buzicky