UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-251 (DWF/KMM) |
| | ) | |
| v.           Plaintiff, | ) | |
| | ) | **MOTION TO CONTINUE TRIAL** |
| CHASE MACAULEY ALEXANDER, | ) | **AND EXCLUDE TIME UNDER THE** |
| | ) | **SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | | |

Chase Macauley Alexander, through counsel, moves this Court for a trial continuance in the above-captioned matter. On December 17, 2018, counsel for Mr. Alexander filed pretrial motions for a motions hearing scheduled in January. Prior to the motions hearing, counsel contacted the Court to schedule a change of plea for Mr. Alexander and the hearing was set for February 14, 2019. Prior to the change of plea, Mr. Alexander began to have doubts about his chosen course of action and counsel contacted the Court to cancel the February 14, 2019 hearing. While the parties are still communicating and working toward a resolution, Mr. Alexander respectfully requests a 60-day continuance to work with counsel. The government has no objection to this request.

Pursuant to this motion, Mr. Alexander moves to exclude a 60-day period of time from the Speedy Trial Act computations in this case, pursuant to 18 U.S.C. § 3161(h)(7)(A). The grounds for this motion will be set forth in the impending Statement of Facts in Support of Exclusion of Time Under Speedy Trial Act. A proposed order accompanies this motion.

2

Dated:   March 18, 2019					Respectfully submitted,

						*s/Shannon Elkins*
						_____
						SHANNON ELKINS
						Attorney No. 332161
						Attorney for Defendant
						Office of the Federal Defender
						107 U.S. Courthouse
						300 South Fourth Street
						Minneapolis, MN 55415

2