UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 18-251 (DWF/KMM) |
| | ) | |
| v.            Plaintiff, | ) | |
| | ) | STATEMENT OF FACTS IN |
| CHASE MACAULEY | ) | SUPPORT OF EXCLUSION OF TIME |
| ALEXANDER, | ) | UNDER THE SPEEDY TRIAL ACT |
| | ) | |
| Defendant. | | |

Pursuant to 18 U.S.C. § 3161(h)(7)(A), I, Chase Macauley Alexander, the defendant in this case, agree to the following statement of facts in support of my motion to exclude time under the Speedy Trial Act. My attorney and I need additional time to work together, so that I can consider all of my options before proceeding. For this, I believe that I need more time than the Speedy Trial Act allows.

Based on the above facts, I request that a 60-day period of be excluded from the time in which I would otherwise have to be brought to trial on my case.

I have discussed this matter with my attorney. I voluntarily make this request, with full knowledge of my rights under the Speedy Trial Act.

Dated: 3/15/19

_____
Chase Macauley Alexander
Defendant

Dated: 3/15/2019

_____
Shannon Elkins
Attorney ID No.: 332161
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415