**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,                                    Criminal No. 18-251 (1) (DWF/KMM)

        Plaintiff,

v.                                                                                                    **ORDER**

Chase Macauley Alexander,

        Defendant.


This matter is before the Court upon the Defendant's Motion to Exclude Time Under the Speedy Trial Act and accompanying Statement of Facts in Support of Motion (Doc. Nos. [33] & [34]).

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the Defendant in a speedy trial.  This finding is based on the facts set forth in the accompanying motion.

Accordingly, **IT IS HEREBY ORDERED** that:

1.  The trial in this matter shall be held on May 13, 2019, at 9:00 a.m., in Courtroom 7C, 7th Floor, Warren E. Burger Federal Building and United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.

2.  The pretrial shall be held on date and time to be determined.

3.  Counsel must adhere to the following schedule regarding the submission of trial documents:

a. All trial documents, including trial briefs, motions in limine, voir dire questions, witness lists, exhibit lists and proposed Jury Instructions shall be submitted, pursuant to the Electronic Case Filing Procedures for the District of Minnesota/Criminal and according to the directives of the Honorable Donovan W. Frank, no later than 4:30 p.m. on May 3, 2019;

b. By the same date, proposed exhibit and witness lists, Jury Instructions, and voir dire questions (in Word or WordPerfect format) shall be e-mailed to the chambers e-mail box (Frank_Chambers@mnd.uscourts.gov); and

c. By the same date, counsel for the prosecution shall submit a copy of the indictment or information (in Word or WordPerfect format) to the chambers e-mail box. (Frank_chambers@mnd.uscourts.gov)

4. Two courtesy copies of all trial documents, and one courtesy copy of all trial exhibits, shall be contemporaneously provided to the Court.

5. From March 18, 2019 through May 17, 2019, shall be excluded from the Speedy Trial Act computations in this case.

Dated:   March 18, 2019                          s/Donovan W. Frank
                                                 DONOVAN W. FRANK
                                                 United States District Judge