UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 18-cr-251 (DWF/KMM)

UNITED STATES OF AMERICA,

        Plaintiff,

v.                         **NOTICE OF APPEARANCE**

CHASE MACAULEY ALEXANDER,

        Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

<u>Add AUSA</u>

Laura M. Provinzino

Dated: April 15, 2019                         Respectfully submitted,

                                                      ERICA H. MacDONALD
                                                      United States Attorney

                                                      *s/ Laura M. Provinzino*
                                                      BY: LAURA M. PROVINZINO
                                                      Assistant U.S. Attorney
                                                      Attorney ID No. 0329691