# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Chase Macauley Alexander,

    Defendant.

**COURT MINUTES**
Case Number: CR 18-251 DWF/KMM

| | |
|---|---|
| Date: | May 1, 2019 |
| Court Reporter: | Lynne Krenz |
| Courthouse: | St. Paul |
| Courtroom: | 7D |
| Time Commenced: | 10:59 AM |
| Time Concluded: | 11:51 AM |
| Sealed Hearing Time: | 0 |
| Time in Court: | 52 Minutes |

Before Donovan W. Frank, United States District Judge, at St. Paul, Minnesota.

APPEARANCES:
  For Plaintiff:   Laura M. Provinzino, Assistant United States Attorney
  For Defendant:   Shannon R. Elkins, x FD

PROCEEDINGS:
    x   Change of Plea Hearing.

x PLEA:
    x Guilty as to Count(s) 4 of the Indictment
  x    Presentence Investigation and Report requested.
  x    Defendant remanded to the custody of the U.S. Marshal.

                                                                                                  s/L. Sampson_____
                                                                                                  Signature of Courtroom Deputy