## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 18-251 (DWF/KMM) |
| Plaintiff, | |
| v. | **ORDER FOR FULOUGH** |
| Chase Macauley Alexander, | |
| Defendant. | |

The defendant has moved the Court for a furlough to attend a medical appointment at Nystrom and Associates in Apple Valley, Minnesota.  (Doc. No. 42.)

**IT IS HEREBY ORDERED** that Defendant's Motion for Furlough for Medical Care (Doc. No. [42]) is **GRANTED** as follows:

1.  Chase Macauley Alexander shall be brought to the St. Paul Federal Courthouse at 316 North Robert Street, St. Paul, Minnesota by 11:00 a.m. on Monday, June 10, 2019.

2.  Mr. Alexander shall be released from the St. Paul Federal Courthouse to the custody and control of his counsel, Assistant Federal Defender Shannon Elkins, and an investigator of the Federal Defenders Office (FDO), who will proceed directly to the medical appointment at Nystrom and Associates in Apple Valley, Minnesota.  Assistant Federal Defender Shannon Elkins and the FDO Investigator shall assume the custody and control of the defendant throughout the entire time of the furlough.

3. Mr. Alexander shall return directly to the St. Paul Federal Courthouse following the conclusion of his medical appointment on June 10, 2019, but no later than 2:00 p.m.

Dated:   May 22, 2019                    s/Donovan W. Frank
                                         DONOVAN W. FRANK
                                         United States District Judge